**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

Douglas Campbell,

                Plaintiff,                      19 **CIVIL** 3215 (SDA)

      -against-                                    **JUDGMENT**

Commissioner of Social security,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 22, 2020, the Commissioner's motion is granted and Plaintiff's motion is denied.

**Dated:**  New York, New York
           September 22, 2020

                                                                          **RUBY J. KRAJICK**
                                                             _____
                                                                   **Clerk of Court**
                                                    **BY:**
                                                                   **Deputy Clerk**